IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONTAE MCFADDEN,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**S. WONG, D.O.,**<br><br>                    Defendant. | Case No.  2:22-cv-1234 AC P<br><br>**[PROPOSED]** **ORDER**<br><br>Judge:          The Honorable Allison Claire<br>Trial Date:    Not set<br>Action Filed: July 14, 2022 |

   Good cause appearing, defendant's request for an extension of time to opt out of the court's Post-Screening ADR Project (ECF No. 15) is **GRANTED**.  Defendant shall have until April 19, 2023, to request to opt out of the court's Post-Screening ADR Project.

   **IT IS SO ORDERED.**

DATED: March 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE