UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAM WONG,<br><br>　　　　Defendant. | No.  2:22-cv-1234 AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed February 27, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 14.  That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources.  Id. at 2.  Defendant has now request to opt out of the Post-Screening ADR Project.  ECF No. 18.  Having reviewed the request, the court finds good cause to grant it.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 18) is GRANTED.

　　　2.  The ADR stay of this action, commencing February 27, 2023 (ECF No. 14) is LIFTED.

1

3. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: April 14, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE