UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN, | No.  2:22-cv-1234 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for the court to review documents and to provide him an extension of time to request additional documents.  ECF No. 25.

      Although no documents are attached to the request, it appears that plaintiff may be referring to the medical records he previously filed.  ECF No. 24.  It is unclear why plaintiff is requesting the court review the documents or why he needs additional time to obtain documents, as there are no motions currently pending.  The request to review the documents and for an extension of time to obtain additional documents will therefore be denied.  To the extent these documents may have been intended as a response to discovery requests, plaintiff is advised that responses to discovery requests are not to be filed with the court unless they are being used as exhibits in support of or opposition to a motion or as otherwise ordered by the court.  If plaintiff is seeking additional time to respond to discovery requests, he must identify what requests he is

1  seeking an extension of time to respond to and how much additional time he needs to respond.

2  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to review

3  documents and for an extension of time (ECF No. 25) is DENIED.

4  DATED: August 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE