UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN, | No. 2:22-cv-01234 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

Defendant has filed a motion to compel and request to continue the discovery and dispositive motions deadlines. ECF No. 28. Good cause appearing, the request to continue deadlines will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to continue the discovery and dispositive motions deadlines (ECF No. 28) is GRANTED; and

2. The September 1, 2023 discovery deadline and November 24, 2023 dispositive motions deadlines are VACATED and will be re-set as necessary upon resolution of the pending motion to compel.

DATED: September 11, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE