UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN,<br><br>Plaintiff,<br><br>v.<br><br>SAM WONG,<br><br>Defendant. | No. 2:22-cv-1234 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2023, defendant filed a motion to compel discovery on the ground that plaintiff has completely failed to respond to discovery. ECF No. 28. The time for responding has now passed and plaintiff has not responded. Plaintiff will be given one final opportunity to respond.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file a response to defendant's motion to compel. Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions or a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See L.R. 230(l).

DATED: October 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE