UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARRAIL MCFADDEN, | No. 2:22-cv-1234 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

By order filed September 12, 2023, the undersigned granted defendant's motion to continue the discovery and dispositive motions deadlines and vacated the deadlines pending resolution of defendant's motion to compel.  ECF No. 29.  Defendant has now withdrawn his motion to compel after receiving plaintiff's responses to his outstanding discovery requests.  ECF No. 31.  The discovery and dispositive motions deadlines will therefore be re-set.  Based on defendant's motion to continue, it appears the only remaining discovery is plaintiff's deposition.[1] ECF No. 28 at 3.

Accordingly, IT IS HEREBY ORDERED that:

1.  The parties may conduct discovery until **December 18, 2023**.  Any motions necessary to compel discovery shall be filed by **December 18, 2023**.

---

[1] At the time defendant filed his motion to continue deadlines, the deadline for serving written discovery had passed and the time for serving written discovery will therefore remain closed.

1

2.  The parties shall have until March 11, 2024, to file any dispositive motions.

DATED: November 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE