UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN, | No. 2:22-cv-01234 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

Plaintiff has filed a second motion for an extension of time to respond to defendant's motion for summary judgment. ECF No. 43. Good cause appearing, the motion will be granted. However, plaintiff is cautioned that no further extensions of time will be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 43) is GRANTED and plaintiff shall have thirty days from the service of this order to file a response to defendant's motion for summary judgment.

DATED: July 9, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE