UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE LARAIL MCFADDEN, | No. 2:22-cv-1234 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

This court previously issued an Order Re Consent or Request for Reassignment together with the appropriate form. ECF Nos. 3, 9. The parties were required to complete and file the form within thirty days. However, it appears that neither party has returned a completed form.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the filing of this order, the parties shall file a completed consent or request for reassignment form.

2. The Clerk of the Court is directed to send the parties a copy of the Consent/Decline of U.S. Magistrate Judge form.

DATED: January 13, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE